No. 99–9997. JOHNSON v. MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–9998. RICO v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–9999. PRIDE v. LAMBDIN, WARDEN. C. A. 11th Cir. Certiorari denied. 

No. 99–10000. ALLEN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 99–10002. CHANDLER v. DEKALB COUNTY BOARD OF COMMUNITY SERVICES. C. A. 11th Cir. Certiorari denied. 

No. 99–10003. BURCHILL v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied. 

No. 99–10004. MINOR v. WETHERINGTON ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–10005. HERMUNDSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 99–10006. GONZALES-LEMUS v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 99–10007. HAFFORD v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied. 

No. 99–10008. DAVIS v. KANSAS. Sup. Ct. Kan. Certiorari denied. 

No. 99–10009. DEANS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 99–10010. ESCARINO-CARRILLO v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 99–10011. HURLEY v. IDAHO ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–10012. DUNBAR v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.